**Milford WASHINGTON, Plaintiff—Appellant,**

v.

**Ed MILNER, detective of the Alexandria Police Department, in his official and individual capacity, City of Alexandria; J. Smith, Detective of the Stafford County Sheriff's Office, in his official and individual capacity; Lt. Kimmitz, of the Stafford County Sheriff's Office, in his individual and official capacity; S.D.M., 307, Property Clerk of the Alexandria Police Department, in his or her individual and official capacity, City of Alexandria; Edward Semonian, Defendants—Appellees.**

No. 11–6452.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 21, 2011.

Decided: July 26, 2011.

Milford Washington, Appellant Pro Se.

Before NIEMEYER and GREGORY,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Milford Washington appeals the district
court's judgment dismissing his 42 U.S.C.
§ 1983 (2006) complaint under 28 U.S.C.
§ 1915A(b) (2006). We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm the district court's
judgment. *See Washington v. Milner,* No.
2:11–cv–00140–RBS–TEM (E.D. Va. filed
March 15, 2011; entered March 16, 2011).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED.*